**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

Philip R. Sellinger
UNITED STATES ATTORNEY

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Margaret.ann.mahoney@usdoj.gov*

*main:* *(973) 645-2700*
*direct:* *(973) 645-2761*
*fax:* *(973) 645-2010*

December 19, 2024

**BY ECF**
Honorable Julien X. Neals
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *Delo v. United States*, Civil No. 24-9742 (JXN)(CLW)

Dear Judge Neals:

On behalf of the Defendants in the above action, I respectfully request an extension, from **December 30, 2024,** to **February 3, 2025,** to respond to the Complaint filed in this matter. Rodney C. Villazor, Esq., counsel for the Plaintiff, consents to the extension request. I seek the extension due to the complexity of the issues presented in the complaint and the need to coordinate with multiple agencies in order to resolve the matter. The United States would greatly appreciate the additional time to discuss the issues presented in Plaintiff's complaint with all relevant stakeholders and prepare a response.

Thank you for your consideration of this request.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By: *s/Margaret Ann Mahoney*
MARGARET ANN MAHONEY
Assistant United States Attorney

cc: Rodney C. Villazor, Esq. Counsel of record (ECF)

**SO ORDERED:**

**s/ Cathy L. Waldor**
**HON. CATHY L. WALDOR, U.S.M.J.**
**Dated: 12/23/24**