CLARK SMITH VILLAZOR LLP
Rodney C. Villazor
666 Third Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 377-0850
Facsimile: (212) 377-0868
rodney.villazor@csvllp.com
NJ Attorney ID: 028312000

BLESS LITIGATION LLC
Jesse M. Bless
MA Bar No. 660713
6 Vineyard Lane
Georgetown, MA 01833
Telephone: (781) 704-3897
jesse@blesslitigation.com
NJ Attorney ID: PHV044397

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | | |
|---|---|---|
| BEN DELO,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | ) | C/A No. 2:24-cv-09742-JXN-CLW |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Ben Delo, by and through undersigned counsel, hereby voluntarily dismisses this action with prejudice and without costs, attorneys' fees, expenses, or disbursements to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**So ORDERED on 1/23/2025:**

**JULIEN XAVIER NEALS**
**United States District Judge**

January 22, 2025

Respectfully submitted,

/s/ Rodney C. Villazor
Rodney C. Villazor
Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 377-0850
Facsimile: (212) 377-0868
rodney.villazor@csvllp.com
NJ Attorney ID: 028312000

Jesse M. Bless
Bless Litigation LLC
6 Vineyard Lane
Georgetown, MA 01833
781.704.3897
jesse@blesslitigation.com
NJ Attorney ID: PHV044397

*Attorneys for Plaintiff Ben Delo*